UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

| In re: | Chapter 7 |
|---|---|
| Bowen, Barbara A. | Case No. |
| Debtor(s) | |

**Declaration of Evidence of Employers' Payments Within 60 Days**

☑ Attached hereto are copies of all payment advices, pay stubs or other evidence of payment received by the debtor from any employer within 60 days prior to the filing of the petition;

☐ Debtor has received no payment advices, pay stubs or other evidence of payment from any employer within 60 days prior to the filing of the petition; or

☐ Debtor has received the following payments from employers within 60 days prior to the filing of the petition: _____.

Debtor, **Bowen, Barbara A.**, declares the foregoing to be true and correct under penalty of perjury.

Dated: **04/30/2025**         **/s/ Barbara A. Bowen**
                              Barbara A. Bowen
                              Signature of Debtor

If attaching pay stubs or other payment advices, it is your responsibility to redact (black out) any social security numbers, names of minor children, dates of birth or financial account numbers before attaching them to this document.

**Alms Underground Construction Inc.**
CA LIC 482180
38703 Vista Drive
Cathedral City, CA 92234-2148
760-578-1510

2670
90-7162/3222

Date: 3 Mar 2025

Pay to the Order of: Barbara Bowen     $ 827.50

eight hundred twenty-seven and 50/100 — Dollars

Chase

For: _____

Douglas R. Alms MP

⑆322271627⑆   5310805691⑈ 2670

**Alms Underground Construction Inc.**
CA LIC 482180
38703 Vista Drive
Cathedral City, CA 92234-2148
760-578-1510

No. 2672
90-7162/3222

Date: 10 Mar 2025

Pay to the Order of: Barbara Bowen        $ 780.00

seven hundred eighty and 00/100 — Dollars

Chase

For: _____

⑈322271627⑈  531080569⑈ 267

**Alms Underground Construction Inc.**
CA LIC 482180
38703 Vista Drive
Cathedral City, CA 92234-2148
760-578-1510

2675
90-7162/3222

Date: 17 Mar 2025

Pay to the Order of: Barbara Bowen     $ 802.50

eight hundred two and 50/100 Dollars

Chase

For: _____

⑆322271627⑆  5310 80569⑈ 2675



Alms Underground Construction Inc.
CA LIC 482180
38703 Vista Drive
Cathedral City, CA 92234-2148
760-578-1510

2680
90-7162/3222

Date: 31 Mar, 2025

Pay to the Order of: Barbara Bowen     $ 782.50

seven hundred eighty-two and 50/100 Dollars

Chase

For: _____

Signature: Douglas R. Alms

⑆322271627⑆   5310805691‖ 2680

Alms Underground Construction Inc.
CA LIC 482180
38703 Vista Drive
Cathedral City, CA 92234-2148
760-578-1510

2683
90-7162/3222

Date: 14 April 2025

Pay to the Order of: Barbara Bowen    $ 750.00

Seven hundred fifty and 00/100 — Dollars

Chase

For: _____

⑈322271627⑈ 531080569⑈ 2683

```
                                                                    2681
Alms Underground Construction Inc.                              90-7162/3222
CA LIC 482180
38703 Vista Drive                        7 Apr 2025
Cathedral City, CA 92234-2148            _____ Date
760-578-1510
                                                      $ 765.00
Pay to the
Order of  Barbara Bower
Seven hundred sixty-five and 00/100 ———— Dollars

Chase
                                              Douglas R Alms   MP

For_____

⑆322271627⑈   531080569⑈ 2681
```