Victoria Q. Av (029372)
**STONE ROSE LAW**
8010 E. McDowell Rd., Ste. 104
Scottsdale, AZ 85257
Tel: (480) 739-2448| Fax: (480) 602-0627
BKHelp@StoneRoseLaw.com
*Attorneys for Debtor(s)*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| In re:<br><br>Barbara A. Bowen<br><br><br>Debtor(s). | Chapter 7 Proceeding<br><br>Case no.: 2:25-bk-03839-DPC<br><br>**MOTION TO WITHDRAW AS ATTORNEY OF RECORD FOR DEBTOR** |
|---|---|

**COMES NOW**, Victoria Q. Av with Stone Rose Law, Attorney for Debtor(s) (hereinafter referred to as "counsel"), requests to withdraw as attorney of record for Debtor (s) pursuant to Rule 9010-1 of the Local Bankruptcy Rules. In support of the Motion, Counsel states as follows:

1. Debtor(s) filed a voluntary petition for Chapter 7 Bankruptcy (the "Petition") on 4/30/2025. The Creditors Matrix was filed the same day.

2. The status of this case is as follows:
    a. The 341 meeting of creditors was scheduled on 6/10/2025and was continued for additional information.
    b. The Trustee has requested for additional documents, and they have been submitted on behalf of the Debtor.
    c. As of 6/20/2025, the Trustee asked for more information, and this will be supplied to the Trustee upon receipt until counsel is granted this order to withdraw.

d. The continued 341 meeting of creditors is scheduled for 6/27/25 at 2:00 PM.

3. Counsel has determined that a withdrawal of representation is ethically required.

4. Debtor has been advised as of 6/19/2025 that Counsel would be seeking withdrawal as Counsel and a formal letter with deadlines was provided on 6/20/2025 in addition to a copy of this Motion and the proposed order. Counsel turned over Debtor's case documents and all PDF court filings were emailed to Debtor prior to this Motion.

5. Debtor is further advised of the pending deadlines of this case is the upcoming continued hearing scheduled for 6/27/2025 at 2:00 PM. She has been advised of the additional documents requested by the Trustee must be provided before this date and counsel will supply any documents received prior to this request being granted. It was further communicated that a claims bar deadline has been set for 9/10/2025.

6. Debtor has been advised to seek new counsel.

7. The Debtor has been provided with the Trustee's and Trustee Attorney's contract information for communication and document submission.

8. Debtor's last known address is **9406 E Ellis Street, Mesa, AZ 85207**; Debtor's phone number is **(925) 351-3244**; and Debtor's email address is Barbarabowenhomes@gmail.com.

**WHEREFORE,** Counsel moves this Court for its Order granting the Motion to Withdraw as Attorney of Record.

//

//

Case No.: 2:25-bk-03839-DPC

Case 2:25-bk-03839-DPC    Doc 19    Filed 06/20/25    Entered 06/20/25 15:32:55    Desc
Main Document      Page 2 of 3

| | |
|---|---|
| 1 | RESPECTFULLY SUBMITTED ON June 20, 2025. |
| 2 | /s/ *Victoria Q. Av* |
| 3 | |
| 4 | Victoria Quach Av, Esq. (029372)<br>Attorney for Debtor(s) |
| 5 | **STONE ROSE LAW** |