Barbara Ann Bowen

9406 E. Ellis Street

Mesa, AZ 85207

(925) 351-3244

July 5, 2025

FILED

JUL 0 8 2025

UNITED STATES
BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

Clerk of the Court

U.S. Bankruptcy Court

District of Arizona – Phoenix Division

230 North First Avenue, Suite 101

Phoenix, AZ 85003-1727

RE: 2016 Federal Tax Debt – Chapter 7 Bankruptcy Case No. 2:25-bk-03839-DPC

Dear Clerk,

I am writing to submit this letter in connection with my bankruptcy case. I want to clarify that my 2016 federal income tax return was filed on time and that the tax debt related to that year should be considered dischargeable under 11 U.S.C. § 523(a).

This debt was included in my bankruptcy petition. I respectfully request the Court and the Trustee to consider the 2016 tax year as eligible for discharge, as it meets the three-year, two-year, and 240-day rules for dischargeability.

If there are any questions or further documentation needed, I am happy to provide them. Please do not hesitate to contact me.

Thank you for your attention to this matter.

Sincerely,

*Barbara Ann Bowen* (signature)

Barbara Ann Bowen
Debtor, Pro Se

ᴎ

**Fill in this information to identify the case:**

Debtor 1     BARBARA A. BOWEN

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:  District of ARIZONA

Case number   2:25-BK-03839-DPC                          (State)

## Official Form 410
# Proof of Claim                                                    04/25

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.**

---

### Part 1:   Identify the Claim

**1. Who is the current creditor?**

Department of Treasury - Internal Revenue Service _____ Creditor Number : 17728445
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes.  From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

| Where should notices to the creditor be sent? | Where should payments to the creditor be sent? (if different) |
|---|---|
| Internal Revenue Service | Internal Revenue Service |
| Name | Name |
| P.O. Box 7346 | P.O. Box 7317 |
| Number      Street | Number      Street |
| Philadelphia      PA      19101-7346 | Philadelphia      PA      19101-7317 |
| City      State      ZIP Code | City      State      ZIP Code |
| Contact phone  1-800-973-0424 | Contact phone  1-800-973-0424 |
| Contact email | Contact email |

Uniform claim identifier (if you use one):

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

**4. Does this claim amend one already filed?**  ☑ No

☐ Yes.  Claim number on court claims registry (if known) _____    Filed on _____
MM  / DD  / YYYY

**6. Do you have any number you use to identify the debtor?**

☐ No

☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: See Attachment ____ ____

**7. How much is the claim?**

$_____ 11,715.52 . **Does this amount include interest or other charges?**

☐ No

☑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Taxes

**9. Is all or part of the claim secured?**

☐ No

☑ Yes. The claim is secured by a lien on property.

**Nature of property:**

☑ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*

☑ Motor vehicle

☑ Other. Describe: All of debtor(s) right, title and interest to property - 26 U.S.C. §6321. _____

**Basis for perfection:** See Attachment _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:** $_____

**Amount of the claim that is secured:** $_____ 6.54

**Amount of the claim that is unsecured:** $_____ 11,708.98 (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** $_____

**Annual Interest Rate** (when case was filed) _____ 7 %

☐ Fixed

☑ Variable

**10. Is this claim based on a lease?**

☑ No

☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $_____

**11. Is this claim subject to a right of setoff?**

☐ No

☑ Yes. Identify the property: See attachment _____

Official Form 410                              Proof of Claim                              page 2

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ❑ No | |
|---|---|---|
| | ☑ Yes. *Check one:* | **Amount entitled to priority** |

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

❑ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).      $_____

❑ Up to $3,800* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).      $_____

❑ Wages, salaries, or commissions (up to $17,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).      $_____

☑ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).      $_____5,303.52

❑ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).      $_____

❑ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies.      $_____

\* Amounts are subject to adjustment on 04/01/28 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3: Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(3) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

*Check the appropriate box:*

☑ I am the creditor.

❑ I am the creditor's attorney or authorized agent.

❑ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

❑ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date   07/02/2025
            MM / DD / YYYY

/s/ MELINDA SMITH
_____
Signature

**Print the name of the person who is completing and signing this claim:**

| Name | MELINDA | | SMITH |
|---|---|---|---|
| | First name | Middle name | Last name |
| Title | Bankruptcy Specialist | | |
| Company | Internal Revenue Service | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |

| Address | 1919 SMITH STREET, M/S 5024 HOU | | | |
|---|---|---|---|---|
| | Number | Street | | |
| | HOUSTON | | TX | 77002 |
| | City | | State | ZIP Code |
| Contact phone | 281-721-7173 | | Email | melinda.c.smith@irs.gov |

Official Form 410                  Proof of Claim                  page 3