*TERRY A. DAKE, LTD.*
P.O. Box 9134
Phoenix, Arizona 85068-9134
Telephone: (602) 710-1005
tdake@cox.net

**Terry A. Dake - 009656**

Attorney for Trustee

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | | |
|---|---|---|
| In re: | ) | In Chapter 7 Proceedings |
| BARBARA A. BOWEN; | ) | Case No. 2:25-BK-03839-DPC |
| Debtor. | ) | |

**OBJECTION TO DEBTOR'S MOTIONS**

The trustee objects to the motions filed by the debtor at Dkt. No. 28. The trustee's objection is more fully set forth in and is supported by the following Memorandum Of Points And Authorities.

DATED July 15, 2025.

*TERRY A. DAKE, LTD.*

By /s/ TD009656
  Terry A. Dake
  P.O. Box 9134
  Phoenix, Arizona 85068-9134
  Attorney for Trustee

**MEMORANDUM OF POINTS AND AUTHORITIES**

The first prong of the debtor's motion is premised on her complaints about the trustee's "retirement". There is no basis for relief.

Mr. Warfield is "retired" only in the sense that he is not being appointed to any more new cases after June 30, 2025. He remains the duly appointed trustee for all of the cases assigned to him prior to that time, including this one, and he is authorized and obligated to

complete the administration of those cases. There was no "continuance", and no failure to provide any required notice. There has been no violation of any "due process rights".

The second prong of the debtor's motion is her bald allegation that the conduct of the trustee and his counsel has been "retaliatory and biased." The problem here is that the debtor has been untruthful in this case. She pretends to live in Mesa, AZ when in fact she lives and works in La Quinta, CA. The trustee has laid out some of those facts in his exemption objection at Dkt. No. 23.

At the creditors' meeting, the debtor falsely testified that she was physically in Mesa (the 341 was by Zoom) only to later admit that she was actually in La Quinta, CA where she lives and works. As a result, the trustee has objected to her homestead exemption and will be objecting to her discharge. She will then have the opportunity to prove where she really lives. While the debtor calls that "retaliatory" and "biased", it is simply the trustee doing what he is supposed to do when faced with a debtor who provides false information to the Court.

In short, there is no basis for relief in the debtor's motion. The trustee's "retirement" does not affect his appointment to this case, and his efforts to hold the debtor accountable for her false representations is not grounds for relief.

2

**WHEREFORE**, the trustee prays for the entry of an order denying then relief requested by the debtor.

DATED July 15, 2025.

*TERRY A. DAKE, LTD.*

By /s/ TD009656
   Terry A. Dake
   P.O. Box 9134
   Phoenix, Arizona  85068-9134
   Attorney for Trustee

COPY mailed July 15, 2025 to:

**Barbara A. Bowen**
9406 E Ellis Street
Mesa, AZ 85207
barbarabowenhomes@gmail.com

/s/ TD009656

3