```
 1  TERRY A. DAKE, LTD.
    P.O. Box 9134
 2  Phoenix, Arizona  85068-9134
    Telephone: (602) 710-1005
 3  tdake@cox.net

 4  Terry A. Dake - 009656

 5  Attorney for Trustee
```

### IN THE UNITED STATES BANKRUPTCY COURT

### FOR THE DISTRICT OF ARIZONA

| In re: | ) | In Chapter 7 Proceedings |
|---|---|---|
| BARBARA A. BOWEN; | ) | Case No. 2:25-BK-03839-DPC |
| Debtor. | ) | |

### TRUSTEE'S REPLY IN SUPPORT OF
### OBJECTION TO EXEMPTIONS

The trustees submits this reply in support of his objection to the exemptions claimed by the debtor. The trustee's reply is more fully set forth in and is supported by the following Memorandum Of Points And Authorities.

DATED July 21, 2025.

>                     **TERRY A. DAKE, LTD.**
>
>                     By /s/ TD009656
>                        Terry A. Dake
>                        P.O. Box 9134
>                        Phoenix, Arizona  85068-9134
>                        Attorney for Trustee

### MEMORANDUM OF POINTS AND AUTHORITIES

The debtor's response at Dkt. No. 29 contests the seminal fact: Whether the debtor actually resides in Arizona.

While the debtor claims to live in Arizona, she admits that she works in California. While she calls her California employment a "temporary absence," her tax returns show that she has lived and worked in California since at least 2023. Moreover, her SOFA admits that she

has been at the same address in La Quinta California since 2019. Further, the debtor admits that she physically deposits her weekly California paychecks at an ATM in California, a highly unusual activity for someone who ostensibly lives in Mesa, AZ, a nearly five hour drive away from the ATM.

And, she admits that she lied at her creditors' meeting about where she was physically located when she appeared by Zoom, a lie she now blames on a migraine. Yet, the debtor never mentioned any inability to testify truthfully while the examination was being conducted. In fact, her new assertion of an inability to think clearly is belied by her combative conduct during the meeting of creditors. But, the audio file from the creditors' meeting will speak for itself.

So, while we know the debtor bought a house in Arizona in August of 2022, and while the debtor now admits that her daughter lives in that house, and while the debtor further admits that her daughter pays money to live there to cover the expenses, we have no evidence that the debtor herself actually resides there. Things that tell the tale of where people are actually located at any given time, like bank debit card transactions, show that the debtor is constantly in California and rarely in Arizona. And, while the trustee requested the debtor's cell phone bills from the debtor, the debtor failed to provide the call detail showing her cell phone usage.

The Court will be required to set an evidentiary hearing to decide the facts. In the meantime, discovery will proceed. The trustee believes that, when the dust settles, the Court will conclude, as has the trustee, that the debtor does not actually reside in Arizona and has

2

never resided in Arizona. Rather, she owns a house in Mesa where her daughter lives. The debtor lives and works in California and has done so for years.

**WHEREFORE**, the trustee prays for the entry of an order denying the asserted exemptions and ordering the turnover of the assets to the trustee.

DATED July 21, 2025.

                                       ***TERRY A. DAKE, LTD.***

By /s/ TD009656
   Terry A. Dake
   P.O. Box 9134
   Phoenix, Arizona 85068-9134
   Attorney for Trustee

COPY mailed July 21, 2025 to:

**Barbara A. Bowen**
9406 E Ellis Street
Mesa, AZ 85207
barbarabowenhomes@gmail.com

/s/ TD009656

3