3.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF ARIZONA**

In re:
**Barbara Ann Bowen,**
Debtor.

FILED
JUL 18 2025
U.S. BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

Chapter 7
Case No. 2:25-bk-03839-DPC

# SUPPLEMENTAL MOTION TO REMOVE TRUSTEE TERRY A. DAKE AND LAWRENCE J. WARFIELD, STRIKE OBJECTION TO EXEMPTIONS FOR NONCOMPLIANCE, THREATS, FALSE FILINGS and FALSE ACCUSATIONS.

COMES NOW the Debtor, Barbara Ann Bowen, appearing **pro se**, and respectfully files this Supplemental Motion to Remove **Terry A. Dake**, attorney for the trustee and Lawrence J. Warfield Chapter 7 Trustee. Strike Objections for Noncompliance and misleading the Court.

1. **Background**:
   The Debtor previously submitted a motion seeking the removal of Trustee Lawrence J. Warfield based on misconduct, bias, and improper service and handling of the case. This motion supplements that request by also directly addressing the conduct of his attorney, Terry A. Dake.
2. **Conflict and Pattern of Bias**
   Trustee J. Warfield and Attorney Terry A. Dake often appear jointly in bankruptcy proceedings in this District. This is a working relationship, while not improper on its own, in this instance, has fostered an environment of prejudice, bias and disregard for Debtor's statutory rights.
3. **Trustee J. Warfield's failure to serve Debtor of Retirement and Continuance.**


4. **Improper Conduct by Attorney Terry A. Dake**:
   Mr. Dake has exhibited behavior that is prejudicial to the integrity of the bankruptcy proceedings. Specifically:
   a. He has made misleading or false statements about the Debtor's legal rights and exemptions.
   b. He has demonstrated hostility toward the Debtor, indicating that Trustee Warfield "would do what he has to do "do what he has to do to stop [Debtor] from getting discharged," which suggests personal bias and inappropriate advocacy.
   c. His communications have lacked objectivity and fairness required of attorneys operating under the supervision of the Court.

Mr. Dake's statements and conduct suggest a lack of impartiality. The Debtor believes Mr. Dake AND Trustee Warfield cannot represent the interests of the bankruptcy estate in a fair and objective manner, especially given the personal tone of his statements in Exhibit A and his Objections for Exemptions. Trustee and his council's objections contain speculative or knowingly false statements.

5. **Request for Relief**:
   The Debtor respectfully requests that the Court:
   a. Remove Terry A. Dake as attorney for and Remove Trustee Lawrence J. Warfield in this case.
   b. Investigate whether his conduct violates ethical duties under applicable rules of professional conduct.
   c. Consider appointing independent counsel if necessary to ensure fairness in these proceedings.
6. **Notice**:
   A copy of this Motion has been sent to the Office of the United States Trustee, Clerk, United States Bankruptcy Court, Trustee Lawrence J. Warfield, and Terry A. Dake at the addresses listed below.

Respectfully Submitted July 15th, 2025

**CERTIFICATE OF SERVICE**
I hereby certify that a true and correct copy of the foregoing Supplemental Motion was mailed USPS on July 15, 2025, to the following parties:

- **Clerk, United States Bankruptcy Court**
  230 North 1st Avenue, Suite 101
  Phoenix, AZ 85003-1706
- **Terry A. Dake**, Attorney for Trustee
  P.O. Box 9134
  Phoenix, AZ 85068-9134
- **Lawrence J. Warfield, Chapter 7 Trustee**
  P.O. Box 3350
  Carefree, AZ 85377-3350
- **Office of the Trustee**
- 230 North Avenue, Suite 204
- Phoenix, Arizona 85003

Signature: /s/ Barbara Ann Bowen
**Barbara Ann Bowen**