*TERRY A. DAKE, LTD.*
P.O. Box 9134
Phoenix, Arizona 85068-9134
Telephone: (602) 710-1005
tdake@cox.net

**Terry A. Dake - 009656**

Attorney for Trustee

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | | |
|---|---|---|
| In re: | ) | In Chapter 7 Proceedings |
| BARBARA A. BOWEN; | ) | Case No. 2:25-BK-03839-DPC |
| Debtor. | ) | Hearing Date: July 28, 2025 |
| | ) | Hearing Time: 10:00 a.m. |

**OBJECTION TO DEBTOR'S SUPPLEMENTAL MOTION**

The trustee objects to the so-called "Supplemental Motion" filed by the debtor at Dkt. No. 37. The trustee's objection is more fully set forth in and is supported by the following Memorandum Of Points And Authorities.

DATED July 23, 2025.

*TERRY A. DAKE, LTD.*

By /s/ TD009656
   Terry A. Dake
   P.O. Box 9134
   Phoenix, Arizona 85068-9134
   Attorney for Trustee

**MEMORANDUM OF POINTS AND AUTHORITIES**

The Supplemental Motion filed by the debtor at Dkt. No. 37 purports to add additional grounds to her prior motion at Dkt. No. 28.

First, the rules of this Court do not provide for the filing of a supplement to an existing motion, particularly where a response has already been filed to the underlying motion, as has occurred in this

case. See, Dkt. No. 32. For that reason alone, the Supplemental Motion should be stricken and/or denied.

Second, the Supplemental Motion is little more than a reassertion of the same baseless *ad hominem* attacks as the initial motion. The debtor and the trustee disagree about the facts. This Court will decide what the facts are. That is not grounds to remove either the trustee or his counsel.

Third, the so-called "improper conduct" of trustee's counsel about which Ms. Bowen continues to complain relates to the email attached as Exhibit 1. That message was simply a frank discussion of where this case was headed after Ms. Bowen's counsel had withdrawn. There is nothing improper about it. The trustee wanted to settle the case and pay the creditors. Ms. Bowen decided she would rather litigate. She is free to do so, but there are consequences.

Fourth, Ms. Bowen has apparently been told by whomever is assisting her that I represent Mr. Warfield on other of his cases. She suggests, without evidence of course, that this representation "has fostered an environment of prejudice, bias and disregard for Debtor's statutory rights." While Ms. Bowen is wrong in her baseless assertions, the fact of the matter is that I do not represent Ms. Bowen, and my duties are not to her. My duties are to the Court, the trustee, the estate and the creditors. The fact that my services are contrary to what Ms. Bowen is attempting to accomplish in this case is neither prejudiced nor biased as Ms. Bowen asserts, nor does it somehow "disregard" Ms. Bowen's alleged rights, whatever those may be.

2

As Judge Baum often pointed to out to litigants in his Court, you don't get to pick your opponent or his counsel. Ms. Bowen does not get to pick a new trustee and a new attorney for the trustee simply because they oppose the relief she seeks, or because they disagree with her about the facts. Yet, that is exactly what she is trying to do.

Ms. Bowen's *ad hominem* attacks are baseless and without merit. The facts of this case will come out during the trial on the exemptions and the trustee's objection to Ms. Bowen's discharge (see, Adv. No. 2:25-ap-216). Ms. Bowen's efforts to pick her opponents for that litigation must be denied.

**WHEREFORE**, the trustee prays for the entry of an order denying the relief requested by the debtor.

DATED July 23, 2025.

*TERRY A. DAKE, LTD.*

By /s/ TD009656
   Terry A. Dake
   P.O. Box 9134
   Phoenix, Arizona 85068-9134
   Attorney for Trustee

COPY mailed July 23, 2025 to:

**Barbara A. Bowen**
9406 E Ellis Street
Mesa, AZ 85207
barbarabowenhomes@gmail.com

/s/ TD009656

3

# *E X H I B I T      1*

# Re: Barbara Bowen Case 2:25-bk-03839-DPC

| | |
|---|---|
| From: | Terry Dake (tdake@cox.net) |
| To: | barbarabowenhomes@gmail.com |
| Cc: | lwarfield@trusteebk.com; ajordan@trusteebk.com |
| Date: | Thursday, June 26, 2025 at 09:13 AM MST |

Thank you for these papers. However, the problem remains. I suspect that Ms. Av explained this to you, but let me do so as well.

If you insist on pursuing an exemption in the Mesa house, the trustee is going to object to your discharge since you have filed false papers with the Court and since you have given false testimony at your creditors' meeting. As a result, even if you get to keep the house, you are not going to get a discharge. So, while you may win the battle over the house, you will lose the war.

You have enough equity in the house to pay off your creditors and have some money left. If you choose not to do that, then the trustee will do what he has to do.

If you have any questions, please let me know.

Terry A. Dake
TERRY A. DAKE, LTD.
P.O. Box 9134
Phoenix, AZ 85068-9134
Telephone: 602-710-1005
e-mail: tdake@cox.net


On Wednesday, June 25, 2025 at 04:04:52 PM MST, Barbara Bowen <barbarabowenhomes@gmail.com> wrote:


To: Terry A. Dake, Esq.

Please see the following documents and let me know if you need anything else.

Thank you,

Barbara Bowen

---------- Forwarded message ---------
From: **Barbara Bowen** <barbarabowenhomes@gmail.com>
Date: Wed, Jun 25, 2025 at 3:49 PM
Subject: Barbara Bowen Case 2:25-bk-03839-DPC
To: Lawrence J. Warfield <info@phxbankruptcy.com>


Dear Trustee Warfield,

Please see the attached:

-Affidavit of Domicile -Barbara Bowen
-Clarification of Family Support
-Declaration-Sidora Dazi, Sister
-Affidavit of Residence and Personal Reference Sandra J. Morris-Personal Reference

I will be delivering the originals to the Court Clerk's Office tomorrow morning 6/26/2025 and plan to be on the Zoom call Friday the June 27th at 2:00pm.  I would appreciate it if you would send me the Zoom Link for this meeting.

Please let me know if you need anything else from me.

Thank you kindly,

Barbara Ann Bowe
9406 E. Ellis Street
Mesa, Arizona 85207
925-351-3244