FILED USBC CLRK PHX
2025 JUL 28 AM 9:25

**Fill in this information to identify your case:**

Debtor 1: BARBARA ANN BOWEN (First Name / Middle Name / Last Name)

Debtor 2 (Spouse, if filing): _____ (First Name / Middle Name / Last Name)

United States Bankruptcy Court for the: District of Arizona

Case number (If known): 2:25-BK-03839-DPC

Check if this is:
☑ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:
____ MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

   | | Debtor 1 | Debtor 2 or non-filing spouse |
   |---|---|---|
   | Employment status | ☑ Employed ☐ Not employed | ☐ Employed ☐ Not employed |
   | Occupation | Office Assistant | |
   | Employer's name | Alms Underground Construction | |
   | Employer's address | 38703 Vista Drive | |
   | | Number Street | Number Street |
   | | Cathedral City | |
   | | CA 92234 | |
   | | City State ZIP Code | City State ZIP Code |
   | How long employed there? | 14 Months | 14 Months |

## Part 2: Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| 2. List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. $_____ | $_____ |
| 3. Estimate and list monthly overtime pay. | 3. +$_____ | +$_____ |
| 4. Calculate gross income. Add line 2 + line 3. | 4. $_____ | $_____ |

Official Form 106I — Schedule I: Your Income — page 1

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here............................................................ → | 4. | $_____ | $_____ |

5. List all payroll deductions:

| | | | |
|---|---|---|---|
| 5a. Tax, Medicare, and Social Security deductions | 5a. | $_____ | $_____ |
| 5b. Mandatory contributions for retirement plans | 5b. | $_____ | $_____ |
| 5c. Voluntary contributions for retirement plans | 5c. | $_____ | $_____ |
| 5d. Required repayments of retirement fund loans | 5d. | $_____ | $_____ |
| 5e. Insurance | 5e. | $_____ | $_____ |
| 5f. Domestic support obligations | 5f. | $_____ | $_____ |
| 5g. Union dues | 5g. | $_____ | $_____ |
| 5h. Other deductions. Specify: _____ | 5h. +$_____ | +$_____ |

6. Add the payroll deductions. Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h.  6.  $_____   $_____

7. Calculate total monthly take-home pay. Subtract line 6 from line 4.  7.  $_____   $_____

8. List all other income regularly received:

   8a. Net income from rental property and from operating a business, profession, or farm
       Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.  8a. $ 1,362.69   $_____

   8b. Interest and dividends  8b. $ 1,010.00   $_____

   8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive
       Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.  8c. $_____   $_____

   8d. Unemployment compensation  8d. $_____   $_____

   8e. Social Security  8e. $ 1,176.00   $_____

   8f. Other government assistance that you regularly receive
       Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
       Specify: _____  8f. $_____   $_____

   8g. Pension or retirement income  8g. $_____   $_____

   8h. Other monthly income. Specify: Family Assisstance  8h. +$ 2,050.00   +$_____

9. Add all other income. Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h.  9.  $_____   $_____

10. Calculate monthly income. Add line 7 + line 9.
    Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.  10.  $ 4,588.00  + $_____  = $_____

11. State all other regular contributions to the expenses that you list in *Schedule J.*
    Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
    Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
    Specify: _____  11. + $_____

12. Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income.
    Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information*, if it applies  12.  $ 4,588.00
    Combined monthly income

13. Do you expect an increase or decrease within the year after you file this form?
    ☑ No.
    ☐ Yes. Explain: Was a licensed Realtor at Berkshire Hathaway, recently moved License to HomeSmart. Debtor has made no money in R.E. the last 12 months

Official Form 106I     Schedule I: Your Income     page 2

| Debtor 1 | Barbara | A. | Bowen | Case number (if known) _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

8a. Attached Statement

## Real Estate - Self Employment

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE: ONLY INCLUDE information directly related to the business operation.)

PART A - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

1. Gross Monthly Income:      $0.00

PART B - ESTIMATED AVERAGE FUTURE MONTHLY EXPENSES:

2. Payments to be Made Directly by Debtor to Secured Creditors for Pre-Petition Business Debts

   TOTAL PAYMENTS TO SECURED CREDITORS      $0.00

3. Other Expenses

   TOTAL OTHER EXPENSES      $0.00

4. TOTAL MONTHLY EXPENSES (Add item 2 - 21)      $0.00

PART C - ESTIMATED AVERAGE NET MONTHLY INCOME:

5. AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 1)      $0.00

Official Form 106 ... page 4

Case 2:25-bk-03839-DPC   Doc 43   Filed 07/28/25   Entered 07/28/25 12:11:54   Desc
Case 2:25-bk-03839-DPC   Doc 1    Filed 04/30/25   Entered 04/30/25 12:42:09   Desc
Main Document    Page 3 of 66

Word

ChatGPT said:

Here is the same **Schedule I Business Expense Attachment**, formatted in **Microsoft Word style** for printing or filing:

---

**Schedule I – Attachment: Monthly Business Expense Estimate**
**Debtor:** Barbara Ann Bowen
**Bankruptcy Case No.:** 2:25-bk-03839-DPC

---

**Explanation of Monthly Business Income and Estimated Expenses (1099 Contractor)**

As a 1099 independent contractor, I receive gross income averaging **$3,335 per month**. Since taxes are not withheld, I am responsible for self-employment taxes, federal and state income taxes, and other related business expenses. The following is a reasonable monthly estimate of these costs:

| **Expense Category** | **Estimated Monthly Amount** |
| --- | --- |
| Federal Income Tax (approx. 12%) | $400 |
| Self-Employment Tax (15.3%) | $510 |
| Arizona State Income Tax (approx. 3%) | $100 |
| **Total Estimated Tax Expenses** | **$1,010** |

---

**Summary:**
I currently estimate **$1,010 per month** in tax-related expenses associated with my business income. These amounts reflect typical obligations for someone earning $3,335/month in self-employment income.

These estimates are provided to give a clearer picture of my actual available income after required business-related expenses, including tax obligations.

Respectfully submitted,
**Barbara Ann Bowen**

| SCHEDULE I | January | February | March | *April | May | June | July | GROSS $20,009.00 | $1,363.00 | 8a |
|---|---|---|---|---|---|---|---|---|---|---|
| 7th IRSTax 2022 | 130 | 130 | 130 | 119 | $119.00 | $120.00 | N/A BK | | | |
| 15th Car Payment | 416 | 416 | 416 | 416 | 416 | 416 | 416 | | | |
| 17th State Farm Car Auto Pay | 145 | 145 | 150 | 100 | 150 | 150 | 150 | | | |
| 15th Metro PCS | 100 | 100 | 100 | 100 | 100 | 100 | 100 | | | |
| 1st Homesmart | | | | | | $18.00 | $45.00 | | | |
| 14th CDAR | | | | | $142.00 | | $49.00 | | | |
| Supra | $18.00 | $18.00 | $18.00 | $18.00 | $18.00 | $18.00 | $18.00 | | | |
| MONTH GAS | $240.00 | $240.00 | $240.00 | $240.00 | $240.00 | $240.00 | $240.00 | | | |
| MONTH CAR MAINT | | $25.00 | | $25.00 | | $75.00 | $60.00 | | $960.00 | |
| TOTAL EXPENSES | 791.00 | 791.00 | 796.00 | 735.00 | 785.00 | 786.00 | 1,077.84 | $5,761.85 | ($960.31) | |
| ESTIMATED TOTAL MOTHLY TAXES | | | | | | | | $1,010.00 | ($1,010.00) | |
| Business Expense | | | | | | | | | ($1,970.00) | 8b |
| 1099 Taxes | | | | | | | | Estimated Monthly Amount | | |
| Federal Income Tax ( Approx 12 %) | | | | | | | | $400.00 | | |
| Self Emplotment Tax (15.3) | | | | | | | | $510.00 | | |
| California State Income Tax Non Resident | | | | | | | | $166.75 | | |
| Arizina gets a California Tax Credit | | | | | | | | | | |
| Social Security | | | | | | | | $1,176.00 | $1,176.00 | 8e |
| Family Assistance | | | | | | | | 2,050.00 | 2,050.00 | 8h |
| | | | | | | | | Grand Total | 4,589.00 | Line 12 |

## ✅ AMENDED SCHEDULE I – COVER LETTER

**Barbara Ann Bowen**
9406 East Ellis Street
Mesa, Arizona 85207


**Date:** July 24, 2025

**To:**
Clerk of the Court
U.S. Bankruptcy Court – District of Arizona
230 North 1st Avenue, Suite 101
Phoenix, AZ 85003-1706

**Re: Amended Schedule I – Case No. 2:25-bk-03839-DPC**
**Chapter 7 Bankruptcy Filing**

Dear Clerk of the Court:

Please find enclosed the **Amended Schedule I – "Your Income"** for my Chapter 7 bankruptcy case. This amended filing reflects corrections and updated information regarding my current income and employment status that was not accurately reflected in the original Schedule I.

If the Court or the Trustee needs any further documentation or clarification, I am available and prepared to provide it.

Sincerely,


**Barbara Ann Bowen**

Barbara Ann Bowen
9406 East Ellis Street
Mesa, Arizona 85207

July 28, 2025

**The Honorable Judge Daniel P. Collins**
U.S. Bankruptcy Court
230 North First Avenue, Suite 101
Phoenix, Arizona 85003-1706

**Re: Case No. 2:25-bk-03839-DPC**

Dear Judge Collins,

I am writing to respond to the serious and false accusations made by the trustee. This is regarding Objections, Motions, Sanctions and Adversary complaints. Particularly the original claim that I have defrauded the State of Arizona with my taxes for the past five years.

These allegations are false. I have not committed tax fraud, nor have I ever intended to defraud the State of Arizona or any government agency. In fact, I have not even lived in Arizona for five years. I have only lived in Arizona for approximately two and a half years, having moved here in August 29, 2022. I have complied with all applicable tax laws during my time in the state. **Exhibits A-Q**

The trustee's accusations — including the implication that I was "stealing" or hiding assets — are not only inaccurate but extremely damaging to my character and personal life. I have consistently provided documentation and records in good faith and have cooperated fully with the bankruptcy process.

Trustee Warfield knows that I am within my rights regarding Arizona Law to have my case discharged, as he stated in his inflammatory email June 26th, 25- **Exhibit A**. Stating "even if I get to keep the house", I will NOT get a discharge and "you may win the battle over the house; you will lose the war" I thought these decisions were up to you Judge Collins, not for a biased trustee and his attorney to make these decisions. See section for **Case Law (highlighted tab)** with the additional exhibits provided to the trustee, June 26, 2025.

I recently discovered that my former attorney failed to include my daughter's household contribution on my original Schedule I. As soon as I became aware of this oversight and what the problem was, I took immediate steps to correct it. I filed an Amended Schedule I this morning, July 28, 2025, to reflect both my self-employment income (approximate Gross income is $3,333 per month) and my daughter's temporary monthly financial support of $2,050. **(See Amended Schedule I- highlighted tab).**

Due to premature harsh allegations from the trustee, my attorney dismissed herself after the first 341 meeting, she stated that is was due to a conflict of interest and fraud allegations. Her fees were $2,633.00, paid in advance. I could not afford another attorney so that left me pro se. This has caused me to miss several days of work, money for travel, binders, preparation, priority and certified mailings. Since submitting my Motions for Sanctions this cost has gone up and would like to amend and include this additional cost.

1. Because of the trustee's baseless and harmful claims — especially the accusation that I defrauded the state and was "stealing" I have submitted a motion for sanctions. These statements go far beyond a good faith legal argument and amount to personal attacks that have no basis in fact or law. That the adversary complaint filed against me be **dismissed** in its entirety, as the allegations made are without merit and based on inaccurate and false claims. **Civil Law Rule 9011**
2. That the Court grants my **motions for sanctions** against the trustee for making baseless and damaging accusations, including false claims of tax fraud and theft.
3. That any objection filed concerning the trustee is **stricken**, as they lack factual foundation and procedural validity.
4. That my bankruptcy case be **discharged** promptly, recognizing my good faith and compliance with all requirements throughout this process.

Arizona is my **domicile**, I **intend** to return to Arizona, my daughter lives in my home full time. The home is not abandoned and I plan to return to Arizona after the sale of Alms Underground Construction which has been listed with another Real Estate Broker for almost 2 years. The business accepted an offer May 2025; however, the sales contract was canceled in June due to a conflict with the buyer. I have been employed with Alms since April 2024. I have filed a Non-Resident Form with the State of California every year from 2022-2024. California does not consider me a legal resident. Contrary to what Mr. Warfield and Mr. Dake claim, 2 attorneys, Victoria at Stone Rose Law and California licensed Bankruptcy Attorney Jenny Doling recognize me as a legal resident of Arizona. **Case Law, Exhibits B-D**

I have acted with transparency, submitted all requested documentation, and have cooperated fully. The accusations made by the trustee have caused unnecessary hardship and are unsupported by evidence.

Thank you for your time and consideration of these requests.

Respectfully,

*Barbara Ann* [signature]

**Barbara Ann Bowen**

**Barbara Ann Bowen**
9406 East Ellis Street
Mesa, Arizona 85207

July 28nd, 2025

**United States Bankruptcy Court**
230 North 1st Avenue, Suite 101
Phoenix, Arizona 85003-1706

Re: Case No. 225-BK03839-DPC
Debtor: Barbara Ann Bowen

Dear Honorable Judge D. Parker Collins and Trustee Warfield,

1. My sincere apologies for the oversight regarding the disclosure of support from my daughter on my originally filed Schedule I. When I filled out my supplemental paperwork on Vinesign with Victoria at Stone Rose Law, on March 29, 2025. I disclosed the income (on the paperwork supplement form), that my daughter (Amanda Musselman) helps me with approximately $2,050.00 a month for housing and living expenses. My attorney's office accidentally left this line **8h** off the form when filing. On June 10th, the day of the 341 meeting, I inadvertently overlooked this and did not notice. I did not notice the address for Alms Underground Construction was missing or the dates of employment. This was an honest mistake and as stated before, I was very ill that day, couldn't think clearly and did not notice this mistake. Please see the attached schedule I supplements attached to this letter. This contribution from my daughter is not a loan, but voluntary financial assistance toward my household expenses.

I have now corrected this in good faith reflecting that my daughter, Amanda Musselman, provides this support each month. And submitted a letter from my employer stating dates of employment.

Thank you for your understanding, and I appreciate the opportunity to correct the record. Please let me know if any further clarification or supporting documentation is needed.

Respectfully,

*Barbara M.*

Barbara Ann Bowen

## Paperwork Supplement

Please fill everything out to the best of your abilities. The following information is necessary in drafting your voluntary petition. If anything does not apply, please write "N/A"

Your Name: __Barbara Bowen__  Date: __03/29/2025__

Spouse Name: _____  Date: _____

1. Please list all bank accounts with your name on it: (we can protect up to $300 if filing individually or $600 jointly in one bank account on the day of filing. ATTORNEY NOTE: If your account balance is too high, we can discuss ways to protect the funds and spend it appropriately by the date the case is filed)

| Bank Name (Chase, Wells Fargo, etc.) | Account Type (Checking, Savings, Money Market, CDs, etc) | Last 4 of Account # | Expected Balance on day bankruptcy is filed |
|---|---|---|---|
| Wells Fargo | Checking | 6739 | $ $2,000.00 |
| USAA | Checking |  | $ $50.00 |
| Wells Fargo | Saving |  | $ $600.00 |
| USAA | Saving |  | $ 0.00 |

In the past **ONE YEAR**, have you withdrawn cash or transfer any amount **above $500.00** from your bank account? Yes / No
✔

If yes, please list when date & approximate amount:
From Joint Savings with daughter transfer to Checking for house payment $2,050.00 per month.

2. Pension/Profit Sharing Plans - Please list any Interest in a **retirement plan** set up by you or your employer or individually such as 401(k) plan, Regular IRA, Profit Sharing plan, or <u>any retirement plan</u> setup by you or your employer:

| Name of Institution Acct is With (Chase, Wells Fargo, Fidelity AZ State Retirement, Motorola Annuity etc.) | Account Type (401(k), IRA, Pension Accounts or Any Retirement account) | Who owns account? | Expected Balance on day bankruptcy is filed |
|---|---|---|---|
| N/A |  |  | $ |
|  |  |  | $ |
|  |  |  | $ |

3. CASH AT HAND: Please provide the amount of physical cash on hand on the day your case is filed
   $ __$50.00__

4. HOME: Do you <u>own</u> a home that you live in? If so list the Address below:
   9406 E. Ellis
   Mesa, AZ 85207

1

Owner of property: _____
Relationship: _____
Description of property (e.g. 2001 Honda Accord, Washington Mutual
Joint checking for ill grandmother, etc): _____
Are you currently making the monthly payment for the property?   Yes   No ✔
What are the monthly payments? _____
Who is the creditor? _____

# ENVIRONMENTAL LAW
22. Has any governmental unit notified you that you may be liable under or in violation of an environmental law or have you notified any governmental unit of any release of hazardous material?   Yes   No ✔
    Explain: _____

# BUSINESSES
23. Have you owned a business **within the past four (4) years**   Yes   No ✔
    Name of business: _____
    Percentage of Ownership: _____
    EIN or Tax ID number: _____
    Dates of business: open _____(Year/month)   closed _____(Year/month)
    **NOTE – PLEASE LIST ALL BUSINESSES EVEN IF CLOSED/INACTIVE
24. Have you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.   Yes   No ✔
    Name of Organization: _____N/A_____
    Reason financial records were given: _____
    Date: _____

## PACKET IS TRUE TO YOUR KNOWLEDGE

The information I/we supplied in this packet, in pages one (1) through nine (9) contained herein, and all supplemental pages provided are true and correct to the best of my knowledge.

I understand that the information I provided will be used to draft my voluntary petition which will be held under **penalty of perjury**.

I understand it is my duty and responsibility to provide accurate information. I will notify my attorney if any changes occur and of any relevant information not provided above.

**Signature (Client / Debtor)**                    **Signature (Client / Co-Debtor)**

Dated: __03/29/2025__                              Dated: _____