Barbara Ann Bowen
9406 East Ellis Street
Mesa, Arizona 85207

**July 28, 2025**

**The Honorable Judge Daniel P. Collins**
U.S. Bankruptcy Court
230 North First Avenue, Suite 101
Phoenix, Arizona 85003-1706



FILED
JUL 28 2025
UNITED STATES
BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

**Re: Case No. 2:25-bk-03839-DPC**

Dear Judge Collins,

I am writing to respond to the serious and false accusations made by the trustee. This letter is regarding Objections, Motions for Sanctions, Motion to Quash Subpoena and Motion to Dismiss Adversary complaints based on false allegations and original Objections to Exemptions from trustee dated July 1, 2025. The trustee claimed that I "cheated the State of Arizona out of Tax Revenue that is due to the State" and for the past five years.

These allegations are false. I have not committed tax fraud, nor have I ever intended to defraud the State of Arizona or any government agency. In fact, I have not even lived in Arizona for five years. I have only lived in Arizona for approximately two and a half years, having moved here approximately August 29, 2022. I have complied with all applicable tax laws during my time in this state. **Exhibits A-Q**

The trustee's accusations — including the implication that I was "stealing" or hiding assets — are not only inaccurate but extremely damaging to my character and personal life. I have consistently provided documentation and records in good faith and have cooperated fully with the bankruptcy process.

Terry Dake knows that the law is on my side. In Exhibit A, he stated," if I insisted on pursuing an exemption in the Mesa house, I would "**Not be discharged,**" " **he will do has to do,**" "**even if I get to keep the house,**" and "**you may win the battle over the** house; **you will lose the war,**" I thought this was your court, your honor, not his. **Exhibit** A and **Case Law**

Your Honor, I am objecting to the trustee's challenge of my homestead exemption. I own the property at 9406 East Ellis Street. It is my primary residence. I pay towards as well as my daughter who helps with the rest. I manage all the mortgage payments; utilities are in my name. California Bankruptcy Attorney Jenny Doling cannot represent me; she stated that I am considered a legal resident of Arizona. See IRS memo regarding Jenny Doling, dated July 24, 2025, and Exhibits B-P

My former trusted attorney, Veronica at Stone Rose Law, failed to include my daughter's household contribution of approximately $2,050.00 and the address for Alms Underground on my Schedule I. When the trustee asked me about it at the June 10, 25 if I reviewed it, I said "yes" and was confused by the question knowing I had previously provided this information. I was extremely sick that day and overlooked any discretions on the form. When Veronica dismissed herself, I was not clear as to what needed to be corrected and thought the trustee would inform me what needed to be corrected. I have given the trustee everything he has asked for in a timely manner. Bank Statements, Utilities, Car Registrations, etc., as of today, I included the Wells Fargo Statements he subpoenaed, included in this binder. June 1, 2023 - May 31, 2024, and June 1, 2025 - July 14, 2025. It's clear there was no intention of fraud. I believe the trustee might be referring to the approximate $12,000.00 plus the additional Service Charges for loan from Chase bank in May 2023. In 2023, The entire year of 2023, I could not maintain any income due to medical issues. This loan was not taken to hide assets or avoid creditors; in fact, I kept paying all the creditors as long as I could up until filing this bankruptcy. I need money to continue working towards my 26-year Real Estate Career, start paying dues, fees and marketing for Arizona Real Estate. This discharged bankruptcy will help me achieve that. It's like a new business in a different State. In the meantime, I am simply trying to keep up with the cost of living during difficult times. My daughter wants to start a family of her own and wants to move as soon as I get back on track, so the help I am receiving from her is only temporary.

Due to premature harsh allegations from the trustee, my attorney dismissed herself after the first 341 meeting, she stated that it was due to a conflict of interest and mentioned the trustee allegations of fraud. Victoria's fees were $2,633.00, paid in advance and it took approximately 5 months to pay on my limited income, and I cannot afford to pay another attorney. The premature allegations from the trustee have caused me to go pro se, miss several days of work, money for travel, binders, preparation, priority and certified mailings, etc. and have caused emotional stress. Since submitting my motions for sanctions this cost has gone up even more since my filing so I would like to amend this additional cost to the Motion for Sanctions.

**Rule 45 (q) (4)** requires that notice of subpoena to a third party must be served on all before the subpoena is served-especially if it requests documents. A casual letter through regular mail is not sufficient under this rule, especially if it lacks no opportunity to respond. (Trustee Warfield sent these Subpoenas regular mail before I had a chance to respond) Therefore, my requested Motion to Quash the Subpoenas.

1. Because of the trustee's baseless and harmful claims — especially accusation that I defrauded the state and was "cheating Arizona" I have submitted a motion for sanctions. These statements go far beyond a good faith legal argument and amount to personal attacks that have no basis in fact or law. I request
2. The adversary complaint filed against me be **dismissed** in its entirety, the allegations made are without merit and based on inaccurate and false claims. **Civil Law Rule 9011**
3. That the Court grants my **motions for sanctions** against the trustee for making baseless and damaging accusations, including false claims of tax fraud and theft.
4. That any objection filed concerning the trustee is **stricken**, as they lack factual foundation and procedural validity.
5. That my bankruptcy case be **discharged** promptly, recognizing my good faith and compliance with all requirements throughout this process.
6. That the trustee be removed from my case. I have been very cooperative; however, he has broken my trust.

Under Penalty of Perjury, Arizona is my **domicile**, I have physical property here, I visit often and **intend** to return permanently, my daughter resides here full time. My home is not abandoned **Case Law** and **Exhibits B-D**

I have acted with transparency, submitted all requested documentation, and have cooperated fully. The accusations made by the trustee have caused unnecessary hardship and are unsupported by evidence.

Thank you for your time and consideration of these requests.

Respectfully,

*[signature]*

**Barbara Ann Bowen**