SO ORDERED.

Dated: July 31, 2025

Daniel P. Collins, Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | Chapter 7 Proceedings |
| | ) | |
| Barbara A. Bowen, | ) | Case No. 2:25-bk-03839-DPC |
| | ) | |
| Debtor. | ) | **ORDER REGARDING BINDER OF** |
| | ) | **DOCUMENTS HAND-DELIVERED** |
| | ) | **TO CHAMBERS BY DEBTOR** |
| | ) | |

On July 28, 2025, Barbara A. Bowen ("Debtor") hand-delivered a large binder of documents to the Clerk of the Court to be given to Judge Daniel P. Collins prior to the July 28 11:00 a.m. hearing on issues involving her homestead exemption, her motion to strike and her motion to remove trustee. The cover letter addressed to the Court accompanying that binder has been placed on the docket.[1] The contents of the binder are described in the attached Table of Contents. A number of these documents are already on the docket.

**IT IS HEREBY ORDERED** that the binder will be held in chambers until the Court confers with the parties regarding this binder.

**IT IS FURTHER ORDERED** that a hearing will be held on September 4, 2025 at 1:30 p.m. on this issue. At or after that hearing, the Court will determine what action to take concerning the binder documents not yet on the docket.

**DATED AND SIGNED ABOVE.**

COPY of the foregoing mailed by the BNC to:
Interested Parties

---

[1] Docket Entry ("DE") 48.

# Table of Contents

Case: Barbara A Bowen
Case No.: 2:25-bk-03839-DPC
Hearing Date: July 28 2025

**TAB 1. AMENDED SCHEDULE I**

**TAB 2. DECLARATION OF DOMICILE**

**TAB 3. CASE LAW**

**TAB 4. COURT NOTICES AND FILINGS**
Notice of Hearing
Court Docket

**TAB 5. ADVERSARY**
5. Motion to Dismiss Adversary 2:25 AP 00xxx Sent Priority Mail 7.22.25
6. Adversary complaint filed by trustee

**TAB 6. MOTIONS**
7. Debtors Motion for **Sanctions**
8. Debtors **Supplemental Motion** to **Strike**
8. Debtors Motion to **Stike Objection** and **remove trustee Warfield**

**TAB 7. OBJECTIONS AND RESPONSES**
9. Trustee's Objection to Debtors Supp. Motion
10 Debtors **Objection** to Trustees Objection and **Motion** to **Quash Subpoenas. Objections**
11. Objection to Debtors' Motions
12. **Response to Objection to Homestead Exemptions and Bar Date**
13. Trustees Objection to Exemption and Notice of Bar Date

TAB 8. EXHIBITS FOR HOMSTEAD **(Drivers License, Utilities, Banking, Taxes. Etc.)**
17. Exhibit List A to P

18. Arizona Taxes 2022-2023-2024

**TAB 14.- SUBPOENAS BY TRUSTEE**

17. Trustee Subpoena Duces Tecum   Wells Fargo   (No Motion Filed) Page
18. Trustee Subpoena Duces Tecum   T Mobile (MetroPCS) (No Motion Filed)   Page
19. Debtor's Letter Objecting to Release of MetroPCS Phone Records   Page

**TAB 15. Stone Rose Law**

**Tab 16. Employment Verification**

**Tab 17. Receipts**

**TAB 18. Emails.**

**TAB 19. 1 YEAR EXCEL** TRANSFER OF MONEY BETWEEN, JUNE BANK STATEMENT

Yard Pool Receipts (April, May, June)

**TAB 20. Certificate of Service**